Affirmed. Opinion filed December 31, 1918.

Maurice G. Cohen, for appellant; Myer J. Stein, of counsel. Rathje, Lawlor & Connor, for appellee; Edwin D. Lawlor, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

St. Juosupo Suziedotinio Draugyste S. M. P., corporation, plaintiff in error, v. Joseph Ridikos and Izidorius Nausiedas, defendants in error. Gen. No. 24,040.

Action against the surety upon an indemnity bond. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed December 31, 1918.

Busch, Liessmann & Roemer, for plaintiff in error. William A. Rogan, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Michigan Avenue Trust Company, defendant in error, v. Myer J. Stein, plaintiff in error. Gen. No. 24,065.

Action upon promissory notes. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.

Maurice Cohen, for plaintiff in error. William B. Denmark, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Steve Kulisiowsky, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 24,099.

Action by railroad employee for injuries suffered on being struck by train while working on viaduct. Judgment for plaintiff for $15,000. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed December 31, 1918.

Edgar R. Hart and Ira C. Belden, for appellant; William G. Wheeler, of counsel. David K. Tone, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

## SECOND DISTRICT.

The People of the State of Illinois ex rel. City of Sterling, appellee, v. County of Whiteside et al., appellants. Gen. No. 6,541.

Petition for mandamus to compel defendant county to appropriate money to pay one-half of cost of bridge over Rock River. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. James S. Baume, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 25,